**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No. 9:25-cv-81295-AMC**

ELLIOTT BROIDY,

                Plaintiff,

    v.

HAARETZ DAILY NEWSPAPER LTD,

                Defendant.

**DEFENDANT HAARETZ DAILY NEWSPAPER LTD.'S**
**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE**
**AND REQUEST TO BE HEARD**

Pursuant to Federal Rule of Civil Procedure 6(b), Federal Rule of Evidence 201(e) and Local Rule 7.1(a)(1)(J), Defendant Haaretz Daily Newspaper Ltd. ("Haaretz") hereby files this unopposed motion for an extension of time in which to file its response to Plaintiff Elliott Broidy's ("Plaintiff") Motion for Leave to Conduct Jurisdictional Discovery, ECF No. 34, and Request to be Heard in response to Plaintiff's Request for Judicial Notice, ECF No. 33.  In support thereof, Haaretz states as follows:

1.      Plaintiff filed his Complaint on October 20, 2025. (ECF No. 1).

2.      On January 20, 2026, Haaretz filed its Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (ECF No. 8) and its Motion to Dismiss for *Forum Non Conveniens* (ECF No. 11).  Plaintiff filed his responses on February 26, 2026. (ECF Nos. 22, 23).  Haaretz filed its replies on March 13, 2026 (ECF Nos. 30-32).

3.      On March 25, 2026, Plaintiff filed a Motion for Leave to Conduct Jurisdictional

Discovery. (ECF No. 34).  Haaretz's response is currently due by April 8, 2026. *Id*.

4.     Haaretz respectfully requests that the Court extend by seven days to April 15, 2026 the deadline to respond to Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery.

5.     Good cause exists for this request because both the current deadline and more than half of the 14-day response period fall during the Jewish Passover holiday, April 1-9, 2026. Haaretz's lead counsel, Nathan Siegel, will be observing Passover, and Haaretz's staff will also be largely unavailable during that time due to the holiday.  This request is made in good faith and not for the purposes of delay, and the brief extension will not prejudice any party or affect any other deadlines in this case.

6.     On March 25, 2026, Plaintiff also filed a Request for Judicial Notice, pursuant to Federal Rule of Evidence (FRE) 201, in connection with Haaretz's motion to dismiss for *forum non conveniens*. (ECF No. 33).

7.     Fed. R. Evid. 201(e) provides that "[o]n timely request, a party is entitled to be heard on the propriety of taking judicial notice and the nature of the fact to be noticed."  Haaretz therefore requests the opportunity to be heard regarding Plaintiff's Request for Judicial Notice.

8.     Haaretz further requests that the deadline to file a response to Plaintiff's Request for Judicial Notice be set on the same date as its deadline to the respond to Plaintiff's jurisdictional discovery motion, specifically April 15, 2026, for the same reasons that it request that date be set as the deadline for its response to the discovery motion.

9.     Counsel for Haaretz has conferred with counsel for Plaintiff, and Plaintiff does not oppose the relief sought herein.

WHEREFORE, Haaretz respectfully moves this Court to enter an Order:

2

1.          Granting an extension up to and including April 15, 2026, to file its responses to Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery;

2.           Granting Haaretz's request to be heard on Plaintiff's Request for Judicial Notice and;

3.          Permitting Haaretz to file its response to Plaintiff's Request for Judicial Notice no later than April 15, 2026.

A proposed order is attached to this Motion.

## **LOCAL RULE 7.1 CERTIFICATION**

Counsel for Haaretz certifies that they have conferred with Plaintiff's counsel regarding this motion and Plaintiff does not oppose the relief sought herein.

Dated: April 1, 2026                              Respectfully submitted,

SHULLMAN FUGATE PLLC                    DAVIS WRIGHT TREMAINE LLP

**Deanna Shullman**                               **Nathan Siegel**
Deanna K. Shullman (Fla. Bar No. 514462)   Nathan Siegel (*Pro Hac Vice*)
2101 Vista Parkway, Suite 4006             Marietta Catsambas (*Pro Hac Vice*)
West Palm Beach, FL 33411                  1301 K St. NW, Suite 500E
(561) 429-3619                             Washington, DC 20005
dshullman@shullmanfugate.com               (202)973-4200
                                           nathansiegel@dwt.com
Yelan Escalona (Fla. Bar No. 1031564)      mariettacatsambas@dwt.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131                            Ryan W. Hicks (*Pro Hac Vice*)
(305) 928-2429                             1251 Avenue of the Americas, 42nd Floor
yescalona@shullmanfugate.com               New York, NY 10020
                                           (212)489-8230
                                           ryanhicks@dwt.com

*Counsel for Haaretz Daily Newspaper Ltd.*

3